UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

RESERVE MANAGEMENT COMPANY, INC.,

        Plaintiff,                              11 Civ. 7045 (PGG)

   -against-

                                                     **NOTICE OF MOTION TO**
WILLKIE FARR & GALLAGHER LLP and        **REMAND TO STATE COURT**
ROSE F. DIMARTINO,

        Defendants.

----------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated November 2, 2011, and the Declaration of Kenneth E. Warner dated November 2, 2011 with accompanying exhibits, plaintiff, Reserve Management Company, Inc., will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse, 500 Pearl Street, Room 6B, New York, NY 10007, for an order, pursuant to 28 U.S.C. § 1447(c), remanding this case to the Supreme Court, New York County, and granting such other and further relief as the Court deems just and proper.

Dated:  November 2, 2011
         New York, New York

                                                    WARNER PARTNERS, P.C.

                                                    By:   /s/ Kenneth E. Warner
                                                         Kenneth E. Warner (KW 5524)

                                                   950 Third Avenue, 32nd Floor
                                                 New York, NY 10022
                                                 Tel: (212) 593-8000

                                                 *Attorneys for Plaintiff*

To:   Counsel of Record by ECF